| | | |
|---|---|---|
| 1 | Name | Michael T. Liburdi |
| 2 | Bar # | 021894 |
| 3 | Firm | Greenberg Traurig, LLP |
|   | Address | 2375 E. Camelback Rd., St. 700 |
| 4 | | Phoenix, AZ 85016 |
| 5 | | liburidm@gtlaw.com |
|   | Telephone | 602-445-8000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

William Price Tedards, Jr., et al.,

    Plaintiff,

vs.

Doug Ducey, et al.,

    Defendant.

**Case No.** 2:18-cv-4241-PHX-DJH

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Doug Ducey, Governor of Arizona in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

☐ _____ Relationship _____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

☐ Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  7th  day of  December , 2018 .

/s/ Michael T. Liburdi
_____
Counsel of Record

Certificate of Service:

I hereby certify that on December 7, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.