Thomas H. Geoghegan (*pro hac vice*)
tgeoghegan@dsgchicago.com
Michael P. Persoon (*pro hac vice*)
mpersoon@dsgchicago.com
Michael A. Schorsch (*pro hac vice*)
mschorsch@dsgchicago.com
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
Tel. (312) 372-2511
Fax. (312) 372-3791
admin@dsgchicago.com

Michael Kielsky
MK@UdallShumway.com
Udall Shumway
1138 North Alma School Rd, Suite 101
Mesa, Arizona 85201
Tel. (480) 461-5300
Bar No. 021864

*Attorneys for Plaintiffs.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| William Price Tedards, Jr.; Monica Wnuk; Barry Hess; Lawrence Lilien; and Ross Trumble, <br><br> Plaintiffs, <br><br> v. <br> Doug Ducey, Governor of Arizona, in his official capacity, and Jon Kyl, Senator of Arizona, in his official capacity, <br><br> Defendants. | No. 2:18-cv-4241-PHX-DJH <br><br> Hon. Diane J. Humetewa <br><br> **PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION PURSUANT TO RULE 65(a)(2)** <br><br> **ORAL ARGUMENT REQUESTED** |

1

NOW COME PLAINTIFFS, by their undersigned counsel, and move this Court to enter a preliminary and permanent injunction (pursuant to Fed. R. Civ. P. 65(a)(2) and the simultaneously filed motion for consolidation) directing the Defendant Governor of Arizona to issue a writ of election that will call a special election, at the earliest reasonably practicable date but in not longer than one year, for the people to fill the vacancy in the Senate left by the late Senator John McCain. In support of this Motion the Plaintiffs file an accompanying Memorandum of Law.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, this Motion should be granted and a preliminary and permanent injunction should be entered against the Defendant Governor.

Respectfully Submitted,

Dated: December 28, 2018

By: /s/ Thomas H. Geoghegan
One of Plaintiffs' Attorneys