Michael T. Liburdi (#021894)
Daniel B. Seiden (#026728)
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602.445.8000
Facsimile: 602.445.8100
Email:   liburdim@gtlaw.com
         seidend@gtlaw.com

Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Andrew Sniegowski (#031664)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email:   bwjohnson@swlaw.com
         cahler@swlaw.com
         asniegowski@swlaw.com

Anni L. Foster (#023643)
General Counsel
**OFFICE OF ARIZONA GOVERNOR DOUGLAS. A. DUCEY**
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602.542.4331
Email: afoster@az.gov

*Attorneys for Defendant Doug Ducey*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| William Price Tedards, Jr.; Monica Wnuk; Barry Hess; Lawrence Lilien; and Ross Trumble,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, Governor of Arizona, in his official capacity, and Jon Kyl, Senator of Arizona, in his official capacity,<br><br>Defendants. | Case No. 2:18-cv-4241-PHX-DJH<br><br>**MOTION FOR EXPEDITED RULE 16 CONFERENCE**<br><br>Assigned to Hon. Diane J. Humetewa |

PHX 332874958

Defendant Governor Ducey respectfully moves this court to set a status conference in the above captioned matter pursuant to Fed. R. Civ. P. 16(a) (authorizing courts, in their discretion, to direct attorneys for the parties to appear for a conference). In support of this Motion, Governor Ducey states the following:

1. This case implicates matters of constitutional importance. Plaintiffs are asking this Court to strike down as unconstitutional Arizona's Senate vacancy statute, A.R.S. § 16-222; to require the Governor to set a general election (and, necessarily under Arizona law, a primary election) before August 25, 2019; and to unseat Martha McSally from her place representing Arizona in the United States Senate.

2. There are three separate motions currently before the Court: (a) Governor Ducey's Rule 12(b)(6) Motion to Dismiss [Doc. 21]; (b) Plaintiffs' Renewed Motion for Preliminary Injunction and Permanent Injunction Pursuant to Rule 65(a)(2) [Doc. 14]; and (c) Plaintiffs' Motion to Consolidate Preliminary Injunction Hearing with a Trial on the Merits under Rule 65(a)(2) [Doc. 16].

3. The Plaintiffs have not filed a Notice of Constitutional Question in accordance with Fed. R. Civ. P. 5.1(a)(1)(B).

4. The Attorney General of the State of Arizona has not been served with this action in accordance with Fed. R. Civ. P. 5.1(a)(2).

5. Senator McSally has not been served with this action.

6. A status conference would provide an opportunity for the court to discuss with the parties (i) the scheduling of a hearing or hearings on the motion to dismiss and motion for preliminary injunction, (ii) whether such a hearing or hearings would require the presentation of evidence and witnesses, (iii) whether the motion for preliminary

injunction can proceed in the absence of the Attorney General of Arizona and Sen. McSally, and (iv) all such other matters as are of interest to the Court.

7. Such a status conference would assist the Court in the efficient management of this case, to the benefit of the Court and the parties.

NOW THEREFORE, Gov. Ducey respectfully requests that the Court set a Rule 16 conference at its earliest convenience.

DATED this 16th day of January, 2019.

By: */s/ Michael T. Liburdi*
Michael T. Liburdi
Daniel B. Seiden
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016

Brett W. Johnson
Colin P. Ahler
Andrew Sniegowski
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Anni L. Foster
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007

*Attorneys for Defendant Doug Ducey*

3

PHX 332874958

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on January 16, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

By: */s/ Jacqueline Thomas*
Employee, Greenberg Traurig, LLP

PHX 332874958