UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| William Price Tedards, Jr.; Monica Wnuk; Barry Hess; Lawrence Lilien; and Ross Trumble,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>Doug Ducey, Governor of Arizona, in his official capacity, and Jon Kyl, Senator of Arizona, in his official capacity,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-4241-PHX-DJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DOUG DUCEY'S MOTION FOR EXPEDITED RULE 16 CONFERENCE**<br><br>Assigned to Hon. Diane J. Humetewa |

　　　　The Court, having considered Defendant Doug Ducey's Motion for Expedited Rule 16 Conference, and good cause appearing,

　　　　IT IS ORDERED granting the Motion for Expedited Rule 16 Conference.

　　　　IT IS FURTHER ORDERED setting a Rule 16 Conference on _____, 2019 at _____ a.m./p.m.

PHX 332876352