Michael T. Liburdi (#021894)
Daniel B. Seiden (#026728)
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602.445.8000
Facsimile: 602.445.8100
Email:   liburdim@gtlaw.com
             seidend@gtlaw.com

Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Andrew Sniegowski (#031664)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email:   bwjohnson@swlaw.com
             cahler@swlaw.com
             asniegowski@swlaw.com

Anni L. Foster (#023643)
General Counsel
**OFFICE OF ARIZONA GOVERNOR DOUGLAS. A. DUCEY**
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602.542.4331
Email: afoster@az.gov

*Attorneys for Defendant Doug Ducey*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| William Price Tedards, Jr.; Monica Wnuk; Barry Hess; Lawrence Lilien; and Ross Trumble,<br><br>                              Plaintiffs,<br><br>v.<br><br>Doug Ducey, Governor of Arizona, in his official capacity, and Jon Kyl, Senator of Arizona, in his official capacity,<br><br>                              Defendants. | Case No. 2:18-cv-4241-PHX-DJH<br><br>**REPLY IN SUPPORT OF MOTION FOR EXPEDITED RULE 16 CONFERENCE**<br><br>Assigned to Hon. Diane J. Humetewa |

1
2
Defendant, Douglas A. Ducey, Governor of the State of Arizona, files this Reply in support of his Motion for Expedited Rule 16 Conference. [Doc. 30].

3
4
5
6
7
8
Rule 16 permits the Court to hold a pretrial conference to "establish[] early and continuing control so that the case will not be protracted because of lack of management." F. R. Civ. P. 16(a)(2). Conferences of this nature are routinely granted at the Request of a party. This lawsuit seeks profound constitutional relief—including the unseating of a U.S. Senator—and Gov. Ducey is seeking this Court's early intervention to establish how the case will be handled and these issues will be addressed.

9
10
11
12
13
14
15
16
17
Three motions are pending before the Court:  Gov. Ducey's Rule 12(b)(6) Motion to Dismiss [Doc. 21]; (b) Plaintiffs' Renewed Motion for Preliminary Injunction and Permanent Injunction Pursuant to Rule 65(a)(2) [Doc. 14]; and (c) Plaintiffs' Motion to Consolidate Preliminary Injunction Hearing with a Trial on the Merits under Rule 65(a)(2) [Doc. 16]. Plaintiffs served the Attorney General of Arizona on January 14, 2019 and they assert that Senator McSally was served on January 16, 2019.[1] Under Rule 5.1(c) the Attorney General of Arizona has 60 days to file a motion to intervene, if he elects to do so.  Senator McSally also has 60 days to respond, under Rule 12(a)(2) and (a)(3).

18
19
20
21
22
There is nothing extraordinary about a request for a rule 16 conference: Counsel for Gov. Ducey simply want to discuss with the Court a timeframe for scheduling hearings on those motions, what parties will be present, and whether witnesses and evidence should be presented. Such a conference would benefit both the Court and the parties.

23
///

24
///

25
///

26

27
28
[1] This information was provided in Plaintiff's Reply in Support of their Motion to Consolidate Preliminary Injunction Hearing with a Trial on the Merits under Rule 65(a)(2), filed January 18, 2019.  Counsel has not been able to confirm.

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

1    DATED this 24th day of January, 2019.

2

3                                      By: */s/ Michael T. Liburdi*
                                           Michael T. Liburdi
4                                          Daniel B. Seiden
                                           GREENBERG TRAURIG, LLP
5                                          2375 East Camelback Road, Suite 700
                                           Phoenix, Arizona 85016
6
                                           Brett W. Johnson
7                                          Colin P. Ahler
                                           Andrew Sniegowski
8                                          SNELL & WILMER L.L.P.
                                           One Arizona Center
9                                          400 East Van Buren, Suite 1900
                                           Phoenix, Arizona 85004-2202
10
                                           Anni L. Foster
11                                         General Counsel
                                           OFFICE OF ARIZONA GOVERNOR
12                                         DOUGLAS A. DUCEY
                                           1700 West Washington Street
13                                         Phoenix, Arizona 85007

14                                         *Attorneys for Defendant Doug Ducey*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

1

### CERTIFICATE OF SERVICE

2

☒      I hereby certify that on January 24, 2019, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing and transmittal

3     of a Notice of Electronic Filing to the CM/ECF registrants.

4

5                                        By: /s/ Jacqueline Thomas
                                             Employee, Greenberg Traurig, LLP
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28