Michael T. Liburdi (#021894)
**GREENBERG TAURIG, LLP**
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602.445.8000
Facsimile: 602.445.8100
Email:   liburdim@gtlaw.com

Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Andrew Sniegowski (#031664)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail:   bwjohnson@swlaw.com
            cahler@swlaw.com
            asniegowski@swlaw.com

Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602.542.4331
E-Mail:   afoster@az.gov

*Attorneys for Defendant Doug Ducey*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| William Price Tedards, Jr.; Monica Wnuk; Barry Hess; Lawrence Lilien; and Ross Trumble, <br><br> Plaintiffs, <br><br> v. <br><br> Doug Ducey, Governor of Arizona, in his official capacity, and Jon Kyl, Senator of Arizona, in his official capacity, <br><br> Defendants. | Case No. 2:18-cv-4241-PHX-DJH <br><br> **NOTICE OF WITHDRAWAL AS COUNSEL OF DEFENDANT DOUG DUCEY** <br><br> Assigned to Hon. Diane J. Humetewa |

PHX 332854705

PLEASE TAKE NOTICE that Defendant Doug Ducey, ("Defendant"), by and through undersigned counsel, respectfully notifies this Court and the parties of the withdrawal of the appearance of Daniel B. Seiden as counsel. Defendant further requests that no further notices be given or required of Mr. Seiden in the action, and that no documents or other pleadings in the action be given or served upon him. Defendant will continue to be represented in this matter by Michael T. Liburdi of Greenberg Traurig, LLP; Brett W. Johnson, Colin P. Ahler, and Andrew Sniegowski of Snell & Wilmer LLP; and Anni L. Foster of the Office of Arizona Governor Douglas A. Ducey.

DATED this 20th day of February, 2019.

By: */s/ Michael T. Liburdi*
Michael T. Liburdi
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016

Brett W. Johnson
Colin P. Ahler
Andrew Sniegowski
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Anni L. Foster
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007

*Attorneys for Defendant Doug Ducey*

PHX 332854705

# CERTIFICATE OF SERVICE

☒  I hereby certify that on February 20th, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

By: */s/ Jacqueline Thomas*
Employee, Greenberg Traurig, LLP