Michael T. Liburdi (#021894)
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602.445.8000
Facsimile: 602.445.8100
Email:   liburdim@gtlaw.com

Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Andrew Sniegowski (#031664)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
         cahler@swlaw.com
         asniegowski@swlaw.com

Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602.542.4331
E-Mail:   afoster@az.gov

*Attorneys for Defendant Doug Ducey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| William Price Tedards, Jr.; Monica Wnuk; Barry Hess; Lawrence Lilien; and Ross Trumble,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, Governor of Arizona, in his official capacity, and Martha McSally, Senator of Arizona, in her official capacity,<br><br>Defendants. | Case No. 2:18-cv-4241-PHX-DJH<br><br>**DEFENDANT DOUG DUCEY'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION ON SCOPE OF HEARING AND REQUEST FOR HEARING ON THEIR MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION**<br><br>Assigned to Hon. Diane J. Humetewa |

42152745

Defendant Douglas A. Ducey, Governor of the State of Arizona, respectfully submits this Response in Opposition to the Plaintiffs' Motion for Clarification on Scope of Hearing and Request for Hearing on their Motion for a Preliminary and Permanent Injunction (Doc. 48). Governor Ducey takes the position that the February 21, 2019 Order (Doc. 45) (the "Order") correctly limits the upcoming hearing to the issues presented in the Motion to Dismiss (Doc. 21). For this reason, the relief requested by Plaintiffs should be denied.

The principal question presented in this case is whether the method for filling a vacancy in the United States Senate, as established by Section 16-222(D) of the Arizona Revised Statutes, is constitutional under the Seventeenth Amendment. The Seventeenth Amendment to the United States Constitution makes clear that "the legislature of any State may empower the executive thereof to make temporary appointments until the people fill the vacancies <u>as the legislature may direct</u>." (Emphasis added.) *Accord* 2 U.S.C. § 8 ("The time for holding elections in any State . . . to fill a vacancy . . . may be prescribed by the laws of the several States.").[1] Governor Ducey's Motion to Dismiss should be resolved before the Court considers Plaintiffs' other motions.

As is explained in previous filings, Governor Ducey maintains that Section 16-222(D) is constitutional, and the Plaintiffs have failed to state a claim upon which relief can be granted. Accordingly, the issues can and should be resolved at the Rule 12(b)(6) stage.

Plaintiffs' Motion (at 3) cites the Ninth Circuit's decision in *Hamamoto v. Ige*, 881 F.3d 719 (9th Cir. 2018) for the proposition that courts should provide "expedited judicial process for cases under the Seventeenth Amendment."[2] Even assuming this is a

---

[1] *See also Judge v. Quinn*, 612 F.3d 537, 554 (7th Cir. 2010) ("State law controls the timing and other procedural aspects of vacancy elections."); *Valenti v. Rockefeller*, 292 F. Supp. 851, 856 (W.D.N.Y. 1968) *aff'd* 393 U.S. 405 (1969) (approving a 29-month span between Senate vacancy and special election), *cited with approval by Rodriguez v. Popular Democratic Party*, 457 U.S. 1, 10–11 (1982) ("In [Valenti], the Court sustained the authority of the Governor of New York to fill a vacancy in the United States Senate by appointment pending the next regularly scheduled congressional election – in that case, a period of over 29 months.").

[2] In *Hamamoto*, a temporary Senator from Hawaii was appointed on December 26,

valid concern, nothing about *Hamamoto* precludes a court from dismissing a Seventeenth Amendment case for failure to state a claim.

Resolving this case on a Motion to Dismiss would be entirely in keeping with the need to expeditiously resolve this case, which turns entirely on the straightforward interpretation of constitutional and statutory texts and is governed by clear precedent. Taking testimony on questions such as whether the balance of interests favors an injunction, for example, would not contribute to the efficient resolution of the relevant legal issues.

To the extent any clarification is required, the Court should reaffirm that the April 12, 2019 oral argument shall be limited to the Motion to Dismiss.

DATED this 13th day of March, 2019.

By: */s/ Michael T. Liburdi*
Michael T. Liburdi
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016

Brett W. Johnson
Colin P. Ahler
Andrew Sniegowski
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Anni L. Foster
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007

*Attorneys for Defendant Doug Ducey*

---

2012, nine days after the death of Senator Daniel Inouye. 881 F.3d at 721. Under Hawaii law, the special primary and general elections were set for August 9, 2014 and November 4, 2014, respectively. *Id*. On October 30, 2014, after the primary election and just days before the general, the *Hamamoto* plaintiffs filed a complaint and motion for preliminary injunction asserting similar claims to the Plaintiffs in this case. *Id*. The Ninth Circuit affirmed the district court's order dismissing the case as moot and denying of the requested injunctive relief. *Id*. at 722-23.

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on March 13, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

By: */s/ Carolyn Smith*
Employee, Greenberg Traurig, LLP

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

3

*42152745*