# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Price Tedards, Jr., et al., | No. CV-18-04241-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Doug Ducey, et al., | |
| Defendants. | |

This matter is before the Court on Defendant Senator Martha McSally's Unopposed Motion to Appear Telephonically for Hearing Set for April 12, 2019 at 2:00 p.m. (Doc. 56). With good cause appearing,

**IT IS ORDERED** granting Defendant Senator Martha McSally's Unopposed Motion to Appear Telephonically for Hearing Set for April 12, 2019 at 2:00 p.m. (Doc. 56).

**IT IS FURTHER ORDERED** that counsel will receive dial-in instructions for the teleconference via electronic mail.

Dated this 11th day of April, 2019.

Honorable Diane J. Humetewa
United States District Judge