Ronald M. Jacobs (*pro hac vice*)
rmjacobs@venable.com
**VENABLE LLP**
600 Massachusetts Avenue NW
Washington, DC 20001
Tel. (202) 344-8215
Fax. (202) 344-8300

*Attorney for Defendant*
*United States Senator Martha McSally*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| William Price Tedards, Jr.; Monica Wnuk; Barry Hess; Lawrence Lilien; and Ross Trumble,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, Governor or Arizona, in his official capacity; and Martha McSally, Senator of Arizona, in her official capacity,<br><br>Defendants. | No. 2:18-cv-4241-PHX-DJH<br><br>Hon. Diane J. Humetewa<br><br>**DEFENDANT SENATOR MARTHA MCSALLY'S BRIEF IN SUPPORT OF DEFENDANT GOVERNOR DOUG DUCEY'S MOTION TO DISMISS AND OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION** |

Defendant United States Senator Martha McSally, in her official capacity, respectfully submits this brief in support of Defendant Governor Doug Ducey's Rule 12(b)(6) Motion to Dismiss and Supporting Memorandum (Doc. 21) and his Response in Opposition to Plaintiffs' Motion for Preliminary and Permanent Injunction and Plaintiff's Memorandum of Law (Doc. 22). Defendant Senator McSally does not wish to make additional arguments or address additional issues at this time. Rather, Defendant Senator McSally reiterates her support for the positions and arguments articulated by Defendant Governor Ducey in the foregoing filings, and incorporates them by reference herein.

VENABLE LLP

Dated this 19th day of April, 2019.

Respectfully submitted,

VENABLE LLP

By: /s/ *Ronald M. Jacobs*
Ronald M. Jacobs (*pro hac vice*)
600 Massachusetts Avenue NW
Washington, DC 20001
rmjacobs@venable.com
Tel: (202) 344-8215
Fax: (202) 344-8300

*Attorney for Defendant*
*United States Senator Martha McSally*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2019, I electronically filed the foregoing Brief in Support of Defendant Governor Doug Ducey's Motion to Dismiss and Opposition to Plaintiffs' Motion for Preliminary Injunction and Permanent Injunction with the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the CM/ECF registrants.

By: /s/ *Ronald M. Jacobs*