Thomas H. Geoghegan (*pro hac vice*)
tgeoghegan@dsgchicago.com
Michael P. Persoon (*pro hac vice*)
mpersoon@dsgchicago.com
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
Tel. (312) 372-2511
Fax. (312) 372-3791
admin@dsgchicago.com

Michael Kielsky
MK@UdallShumway.com
Udall Shumway
1138 North Alma School Rd, Suite 101
Mesa, Arizona 85201
Tel. (480) 461-5300
Bar No. 021864

*Attorneys for Plaintiffs.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| William Price Tedards, Jr.; Monica Wnuk; Barry Hess; Lawrence Lilien; and Ross Trumble,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, Governor of Arizona, in his official capacity, and Martha McSally, Senator of Arizona, in her official capacity,<br><br>Defendants. | No. 2:18-cv-4241-PHX-DJH<br><br>Hon. Diane J. Humetewa<br><br><br>**PLAINTIFFS' MOTION FOR STATUS CONFERENCE** |

Plaintiffs, by their undersigned counsel, respectfully move for a status conference to discuss the disposition of their renewed motion for a preliminary injunction, Docket #14. Because the motion is seeking time-sensitive relief, and every day that passes without that relief compounds the irreparable harm being done, such a status hearing may be appropriate.

As this Court is aware, this lawsuit was filed, with an initial motion for a preliminary injunction, on November 29, 2018. Plaintiffs filed a renewed motion for preliminary injunction on December 28, 2018, and the motion was fully briefed on January 18, 2019. The case has been under advisement since combined oral arguments on April 12, 2019

In a case like this, involving a representative of the people of Arizona and a breach of the Constitution, there is even greater urgency, especially when one party or other may file an appeal. A year ago, in a case raising a virtually identical challenge to the use of temporary appointments to fill a Senate vacancy, the U.S. Court of Appeals for the Ninth Circuit stated that these cases would receive expedited consideration. In *Hamamoto v. Ige,* 881 F.3d 719 (9th Cir 2018) this Circuit states at page 723:"[A] suit challenging the appointment of a United States senator raises questions of national importance, and the judicial system has evolved procedures for expediting review of time-sensitive controversies..."

The Ninth Circuit then notes that a preliminary injunction motion brought regarding the method of balloting in a statewide California election was considered and

ruled upon by the district court, reversed by an appellate panel, and then affirmed by an en banc panel, all within 47 days of the plaintiffs filing suit. *Id*

      Plaintiffs recognize that this case raised important issues and deserves the careful consideration of this Court. Plaintiffs respectfully request a status conference to discuss this matter only if this Court deems it appropriate.

Respectfully Submitted,

Dated: June 11, 2019                               By: /s/ Michael P. Persoon
                                                                          One of Plaintiffs' Attorneys