Thomas H. Geoghegan (*pro hac vice*)
tgeoghegan@dsgchicago.com
Michael P. Persoon (*pro hac vice*)
mpersoon@dsgchicago.com
Will Bloom (*pro hac vice*)
wbloom@dsgchicago.com
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
Tel. (312) 372-2511
Fax. (312) 372-3791
admin@dsgchicago.com

Michael Kielsky
MK@UdallShumway.com
Udall Shumway
1138 North Alma School Rd, Suite 101
Mesa, Arizona 85201
Tel. (480) 461-5300
Bar No. 021864

*Attorneys for Plaintiffs.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| William Price Tedards, Jr.; Monica Wnuk; Barry Hess; Lawrence Lilien; and Ross Trumble,<br><br>Plaintiffs,<br><br>v.<br><br>Doug Ducey, Governor of Arizona, in his official capacity, and Martha McSally, Senator of Arizona, in her official capacity,<br><br>Defendants. | No. 2:18-cv-4241-PHX-DJH<br><br>Hon. Diane J. Humetewa<br><br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that William Price Tedards, Jr., Monica Wnuk, Barry Hess, Lawrence Lilien, and Ross Trumble, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the effective denial of Plaintiffs' motion for preliminary injunction (Doc. # 14). *See Mount Graham Red Squirrel v. Madigan*, 954 F.2d 1441, 1449-50 (9th Cir. 1992 ) (Taking appeal from motion for preliminary injunction awaiting formal ruling). A Ninth Circuit representation statement, *see* Fed. R. App. P. 12(b), is attached. *See* 9th Cir. R. 3-2(b) & 12-2.

          Respectfully Submitted,

Dated: June 20, 2019          By: /s/ Michael Persoon
          One of Plaintiffs' Attorneys

Michael Kielsky
Udall Shumway
1138 North Alma School Rd, Suite 101
Mesa, Arizona 85201
MK@UdallShumway.com
(480) 461-5300
Bar No. 021864

Thomas H. Geoghegan (*pro hac vice*)
Michael P. Persoon (*pro hac vice*)
Will Bloom (*pro hac vice*)
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
Tel. (312) 372-2511
Fax. (312) 372-3791
admin@dsgchicago.com

# REPRESENTATION STATEMENT

Plaintiffs submit the following Representation Statement pursuant to Federal Rules of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b). The following is a list of all parties to this action, along with names, addresses, telephone numbers, and email addresses of their respective counsel:

| | |
|---|---|
| William Price Tedards, Jr, Monica Wnuk, Barry Hess, Lawrence Lilien, and Ross Trumble (Plaintiffs) | Michael Kielsky<br>Udall Shumway<br>1138 North Alma School Rd, Suite 101<br>Mesa, Arizona 85201<br>MK@UdallShumway.com<br>(480) 461-5300<br>Bar No. 021864<br><br>Thomas H. Geoghegan (*pro hac vice*)<br>Michael P. Persoon (*pro hac vice*)<br>Will Bloom (*pro hac vice*)<br>Despres, Schwartz & Geoghegan, Ltd.<br>77 West Washington Street, Suite 711<br>Chicago, Illinois 60602<br>Tel. (312) 372-2511<br>Fax. (312) 372-3791<br>admin@dsgchicago.com |
| Doug Ducey (Defendant) | Anni Lori Foster<br>Office of the Governor<br>1700 W Washington Street<br>Phoenix, AZ 85007<br>602-542-1455<br>afoster@az.gov<br><br>Brett William Johnson<br>Colin Patrick Ahler<br>Snell & Wilmer LLP<br>1 Arizona Center<br>400 E Van Buren<br>Phoenix, AZ 85004<br>602-382-6266<br>bwjohnson@swlaw.com |

| | |
|---|---|
| | cahler@swlaw.com<br><br>Michale T Liburdi<br>Greenberg Traurig LLP<br>2375 E Camelback Road, Suite 700<br>Phoenix, AZ, 85016<br>602-445-8000<br>liburdim@gtlaw.com |
| Martha McSally (Defendant) | Ronald Michael Jacobs<br>Venable LLP<br>600 Massachusetts Ave. NW<br>Washington, DC 20001<br>202-344-8215<br>RMJacobs@Venable.com |

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal and Representation Statement were duly served electronically through ECF upon all parties on June 20, 2019.

Dated: June 20, 2019               By: /s/ Michael Persoon
                                       One of Plaintiffs' Attorneys