# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Price Tedards, Jr., et al., | No. CV-18-04241-PHX-DJH |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Doug Ducey, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed June 27, 2019, judgment of dismissal is entered and this action is hereby terminated.

Brian D. Karth
District Court Executive/Clerk of Court

June 27, 2019

s/ L. Figueroa
By: Deputy Clerk