| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUL 10 2019<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

WILLIAM PRICE TEDARDS, Jr.; et al.,

    Plaintiffs-Appellants,

 v.

DOUG DUCEY, Governor of Arizona, in his official capacity; MARTHA MCSALLY,

    Defendants-Appellees.

No. 19-16237

D.C. No. 2:18-cv-04241-DJH
District of Arizona, Phoenix

ORDER

Appellants' motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7